UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DOORDASH, INC.,

                         Plaintiff,

              v.

RYAN BATRA,

                         Defendant.

No. 25-CV-10583 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 27, 2026, Plaintiff filed a waiver of service signed by Defendant.  Dkt. 14.  On March 2, 2026, the Court granted Defendant's application for an extension of his deadline to answer the Complaint to April 8, 2026.  Dkt. 16.  To date, Defendant has not answered or otherwise responded to the Complaint.  Defendant shall do so or seek an extension by April 24, 2026.  If Defendant fails to do so, and Plaintiff intends to move for default judgment, it shall do so by May 8, 2026.

SO ORDERED.

Dated:     April 16, 2026
           New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge