**New York**
7 Times Square
Times Square Tower
Suite 4300
New York, NY 10036

(212) 899-9960 Tel
(212) 956-1971 Fax

**Writer's Direct Dial:**
(212) 899-9989

**Writer's E-mail:**
ablair@fisherphillips.com

April 22, 2026

**Via ECF**

Honorable Robert W. Lehrburger
United States Courthouse
Southern District of New York
500 Pearl Street, Room 18D
New York, New York 10007

> Granted. Defendant's deadline to respond to the Complaint is stayed pending further order of the Court. The Court's Deputy, Ms. Shah, will contact the parties to schedule a settlement conference.
>
> SO ORDERED:
>
> 4/22/2026
>
> HON. ROBERT W. LEHRBURGER
> UNITED STATES MAGISTRATE JUDGE

RE:     *DoorDash, Inc. v. Ryan Batra*,
           Case No. 1:25-cv-10583 (RA)

Dear Judge Lehrburger:

This office represents Plaintiff DoorDash, Inc. ("DoorDash") in the above-captioned matter. On behalf of the parties, we respectfully submit this joint letter to request that Defendant's deadline to respond to the Complaint be stayed and that the Court schedule a settlement conference in an effort to resolve this matter.

To briefly summarize prior events, at the March 6, 2026 conference before Judge Abrams, the parties discussed the status of the case, including Defendant's anticipated motion to dismiss, the parties' agreement that the substantive claims asserted in the Complaint are governed by the arbitration agreement, and Plaintiff's intent to pursue issues relating to Defendant's sworn declaration submitted pursuant to the parties' Stipulated Preliminary Injunction and Order, which Plaintiff contends is inconsistent with Defendant's prior statements. In light of the parties' agreement that the substantive claims would proceed in arbitration, Judge Abrams indicated that there was no need for Defendant to move to dismiss at that time and that the action could be stayed pending further proceedings. Judge Abrams further stated that the dispute concerning Defendant's declaration would be referred to Your Honor to address next steps.

On April 16, 2026, Judge Abrams entered an Order concerning Defendant's deadline to respond to the Complaint. On April 17, 2026, Defendant submitted a letter recounting the March 6 conference and requesting that the deadline be adjourned pending referral to a magistrate judge



Page 2

or, alternatively, extended. Later that same day, Judge Abrams referred the case to Your Honor for general pretrial matters, but no ruling was made on Defendant's response deadline. On April 20, 2026, counsel for the parties jointly contacted chambers to request that the deadline be stayed consistent with the March 6 conference, and the parties were instructed to submit a formal letter setting forth the relevant events and their request.

Accordingly, the parties respectfully request that the Court: (1) stay Defendant's deadline to respond to the Complaint pending further order of the Court; and (2) schedule a settlement conference at the Court's convenience.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Amanda M. Blair*
Amanda M. Blair
FISHER & PHILLIPS LLP