

**New York**
7 Times Square
Times Square Tower
Suite 4300
New York, NY 10036

(212) 899-9960 Tel
(212) 956-1971 Fax

**Writer's Direct Dial:**
(212) 899-9989

**Writer's E-mail:**
ablair@fisherphillips.com

Granted.

SO ORDERED:

5/26/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

May 22, 2026

**<u>Via ECF</u>**

Honorable Robert W. Lehrburger
United States Courthouse
Southern District of New York
500 Pearl Street, Room 18D
New York, New York 10007

RE:    *DoorDash, Inc. v. Ryan Batra,*
        Case No. 1:25-cv-10583 (RA) (RWL)

Dear Judge Lehrburger:

This office represents Plaintiff DoorDash, Inc. in the above-captioned matter. On behalf of the parties, we respectfully request a brief extension of the deadline, from May 27, 2026 by 5:00 p.m. to May 29, 2026 by 5:00 p.m., to submit pre-conference submissions and the Attendance Acknowledgment Forms. The requested extension will allow the parties additional time to finalize helpful submissions and avoid scheduling conflicts arising from the holiday.

Thank you for your consideration of this matter.

Respectfully submitted,

*/s/ Amanda M. Blair*
Amanda M. Blair
FISHER & PHILLIPS LLP

**Fisher
Phillips**